**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 576 MAL 2021

             Respondent            :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

            v.                      :

                                    :

SHAWN A. VANDERSLICE,            :

             Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.